AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

**** DISTRICT OF   NEVADA

VICTOR TAGLE,

     Plaintiff,   JUDGMENT IN A CIVIL CASE

v.

                                                                      CASE NUMBER:  **3:16-cv-00223-RCJ-VPC**

STATE OF NEVADA, et al.,

     Defendant(s).

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice based on Plaintiff's failure to pay the $400.00 filing fee in compliance with the Court's December 6, 2016 order.

February 16, 2017                                              **DEBRA K. KEMPI**
                                                                               Clerk

                                                                               /s/ K. Rusin
                                                                               Deputy Clerk